**No. 10-89. Howard Bloomgarden, Petitioner v. United States.**

562 U.S. 893, 131 S. Ct. 288, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6333.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-90. United Financial Systems, Corporation, et al., Petitioners v. Indiana ex rel. Indiana State Bar Association.**

562 U.S. 893, 131 S. Ct. 288, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6443.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Indiana denied.

Same case below, 926 N.E.2d 8.

**No. 10-93. Stallion, Inc., Petitioner v. John Galliano, S.A.**

562 U.S. 893, 131 S. Ct. 288, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6026.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 15 N.Y.3d 75, 904 N.Y.S.2d 683, 930 N.E.2d 756.

**No. 10-96. Richard A. Prewitt, Petitioner v. City of Oxford, Mississippi, et al.**

562 U.S. 893, 131 S. Ct. 294, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6224.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-100. Robert L. Bergbauer, et ux., Petitioners v. United States.**

562 U.S. 893, 131 S. Ct. 297, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6376.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 602 F.3d 569.

**No. 10-101. Aric Sven, Petitioner v. Nedra Chandler, Warden.**

562 U.S. 893, 131 S. Ct. 297, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6275.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-102. Tina Conder, Petitioner v. RDI/Caesars Riverboat Casino, Inc., et al.**

562 U.S. 893, 131 S. Ct. 297, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6123.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Indiana, First District, denied.

Same case below, 918 N.E.2d 759.

**No. 10-104. Ian A. Campbell, Petitioner v. Roy Cooper, Attorney General of North Carolina, et al.**

562 U.S. 893, 131 S. Ct. 297, 178 L. Ed. 2d 142, 2010 U.S. LEXIS 6216.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.